UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12cr258-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **ORDER TO AMEND** |
| Plaintiff, | ) | **RESTITUTION** |
| v. | ) | |
| | ) | |
| IGOR BORODIN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Motion of the Government for issuance of an Order to amend restitution in this case and add additional victims within the 90 day time period set forth in 18 U.S.C. § 3664(d)(5).

THIS COURT FINDS that, for the reasons set forth in the Motion and pursuant to the provisions of 18 U.S.C. § 3663A and 18 U.S.C. § 3664(d)(5), there is good cause for amendment of the restitution order to account for the victims identified in the Motion.

IT IS, THEREFORE, ORDERED that the Clerk of Court shall issue an Amended Judgment and victim list that includes those victims included in the original Judgment and list, and additional victims as follows.

- Christopher P. Morra shall be identified with a loss of $200;

- Yevgeniy Zabarenko shall be identified with a loss of $149.

The amended total restitution amount shall be $27,193.

Signed: January 16, 2014

Frank D. Whitney
Chief United States District Judge